USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
ALEXANDER ARCHER BROWN,             :
:
                     Plaintiff,  :
:    1:25-cv-4883-GHW
     -against-              :
:    <u>ORDER</u>
DESMOND BROWN, *et al.*,             :
:
                   Defendants.   :
:
-----------------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

    On July 7, 2025, Defendant Apple Inc. filed a motion to dismiss the claims against it in Plaintiff's initial complaint ("the Motion"). Dkt. No. 8. On the same day, Plaintiff filed an amended complaint. Dkt. No. 13. The amended complaint rendered the Motion moot. Therefore, the Motion is denied. For the avoidance of doubt, this order has no effect on the motion to dismiss filed by Defendant Apple Inc. on July 18, 2025. Dkt. No. 24.

    The Clerk of Court is directed to terminate the motion pending at Dkt. No. 8.

    SO ORDERED.

Dated: October 8, 2025
New York, New York

                                                                GREGORY H. WOODS
                                                      United States District Judge