**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ALEXANDER ARCHER BROWN,

                Plaintiff,

     -against-

DESMOND BROWN, et al.,

                Defendants.
------------------------------------------------------------------X

25 **CIVIL** 4883 (GHW)

**<u>JUDGMENT</u>**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 25, 2026, Defendants' motions to dismiss are GRANTED. Plaintiff's amended complaint is dismissed without prejudice. Leave to amend is denied.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962); accordingly, the case is closed.

**Dated:** New York, New York

     March 2, 2026

                        **TAMMI M. HELLWIG**
                        _____
                          **Clerk of Court**

        **BY:**
                    _____
                      **Deputy Clerk**